7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jacqueline Leann Baker
*Debtor*

*Bankruptcy Case No.*
15–42962–can7

**Pentagon Federal Credit Union**
   Plaintiff(s)

*Adversary Case No.*
16–04008–can

v.

**Jacqueline Leann Baker**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: judgment is entered in favor of Plaintiff Pentagon Federal Credit Union and against Defendant
Jacqueline Leann Baker in the principal sum of $15,583.05, plus interest for the period through March 29, 2016 in the amount of $1,278.35, plus interest which continues to accrue at the contractual rate of 9.99% until the balance is paid in full, plus Plaintiffs reasonable attorney fees in the amount of $4,000.00.
Furthermore, the Court denies Defendant/Debtor's discharge of said amount pursuant to
11 U.S.C. § 523(a)(2)(A).

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
      Deputy Clerk



Date of issuance: 5/4/16

Court to serve